UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LUIS VILLACHANA,

        Petitioner,

    v.

SUPERIOR COURT COUNTY OF KERN,

        Respondent.

No.  1:26-cv-00885 JLT SKO (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE

Luis Villachana is a state pretrial detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 5, 2026, the assigned Magistrate Judge issued Findings and Recommendations to dismiss the petition as premature.  (Doc. 5.)  The Court served the Findings and Recommendations on all parties, notified them that any objections were due within 21 days, and explained that the failure to timely file objections may result in the waiver of rights on appeal.  (Doc. 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Over 21 days have passed, and no party has filed objections.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1

1. The Findings and Recommendations issued on February 5, 2026, (Doc. 5), are **ADOPTED** in full.

2. The petition for writ of habeas corpus is **DISMISSED**.

3. The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated: __**March 3, 2026**__

UNITED STATES DISTRICT JUDGE